People of State of Illinois ex rel. Ernest Strozier, Appellee, v. Martin H. Kennelly, Mayor of Chicago et al., Appellants.

Gen. No. 45,306.

John J. Mortimer, Acting Corporation Counsel, for appellants; Joseph F. Grossman and Philip H. Corboy, Assistant Corporation Counsel, of counsel; no appearance for appellee. Opinion by JUSTICE LEWE. Not to be published in full. Opinion filed January 31, 1951; released for publication March 13, 1951.

Clifford Janssen, Appellant, v. Clarence Freese, Appellee.

Gen. No. 10,449.

Caplow & Kelley and Frank P. North, for appellant; C. A. Caplow, of counsel; Maynard & Maynard, for appellee; James F.